# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJAN ATAIPOUR, et al., <br><br> Plaintiffs, <br> vs. <br> COSTCO WHOLESALE CORPORATION, <br><br> Defendant. | CASE NO. 14cv1156-LAB (JLB) <br><br> **ORDER APPROVING SETTLEMENT** |

About three years ago, Marjan Ataipour and other employees filed a class action against Costco for labor code violations. After the parties settled for $9 million, the Court held a fairness hearing on December 4, 2017, to approve the settlement. This order augments the rulings made at that hearing.[1]

The Court must ensure that a class action settlement is "fair, reasonable, and adequate." Fed. R. Civ. P. 23. After carefully reviewing the case history, briefs, and counsel's arguments at the fairness hearing, the Court finds the parties negotiated a fair settlement. No class members objected, only eight opted out, and the Court has reduced attorney's fees by $500,000 to ensure class members receive fair, reasonable, and adequate compensation. [*See* Dkt. 161.] The Court confirms its previous findings certifying the class for settlement, approving the class action as the best method for resolution, appointing class counsel and representatives, and approving the notice program to class members. [Dkt. 153.]

---

[1] The Court granted counsel's motion to withdraw from representing former named plaintiffs Paula Dittmar and Pauline Tilton, and substituted Marjan Ataipour and Brian Kim as named class representatives. [Dkt. 137.]

- 1 -

The Court also approves the following expenses as fair and reasonable: (i) payment to the California Labor and Workforce Development Agency under the Private Attorneys General Act for $37,500; and (ii) payment to the settlement administrator CPT Group for $17,500.

The Court authorizes CPT Group to disburse funds in accordance with this order, the order on attorney's fees and awards [Dkt. 161], and the settlement. [Dkt. 147-2.] The Court grants the parties' motion consenting to jurisdiction by a magistrate judge over all disputes arising out of the settlement. Accordingly, the motion for final approval of the settlement is granted. [Dkt. 155.] The Clerk is directed to enter final judgment and close the case.

**IT IS SO ORDERED**.

DATED: January 4, 2018

*Larry A. Burns*

**HONORABLE LARRY ALAN Burns**
United States District Judge